**DISMISS and Opinion Filed September 9, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00565-CV

## IN THE INTEREST OF A.Z.M., A MINOR CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-19374**

## MEMORANDUM OPINION
Before Justices Schenck, Reichek, and Goldstein
Opinion by Justice Schenck

In accordance with the parties' settlement agreement and as requested by appellant in a rule 42 motion, *see* TEX. R. APP. P. 42.1(a)(2)(c), the trial court has vacated its May 11, 2022 order in suit to modify the parent-child relationship and signed an agreed modification order. Accordingly, we dismiss the appeal. *See id.*

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

220565F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF A.Z.M., A
MINOR CHILD

No. 05-22-00565-CV

On Appeal from the 256th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-18-19374.
Opinion delivered by Justice
Schenck, Justices Reichek and
Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed by the parties, we **ORDER** that appellee Shanaz Neely recover her costs, if any, of this appeal from appellant Hamid Mirzaei.

Judgment entered September 9, 2022.